# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR HERNANDEZ, individually; C.H. and H.R. by and through their Guardian, ASHLEY CHADWICK, individually and as successors-in-interest of HECTOR HERNANDEZ, deceased,<br><br>　　　　Plaintiffs,<br>　　vs.<br>CITY OF FULLERTON; FULLERTON POLICE DEPARTMENT, public entities; CORPORAL JONATHAN FERRELL, and DOES 1 through 50, individually and as peace officers, inclusive,<br><br>　　　　Defendants. | Civil Action No.:<br>8:20−cv−01747−MEMF−JDE<br>[Hon. Maame Ewusi-Mensah Frimpong, District Judge; Hon. John D. Early, Magistrate Judge]<br><br>**ORDER GRANTING REQUEST TO MODIFY ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR COMPROMISE OF THE CLAIMS OF C.H. AND H.R. BY AND THROUGH THEIR GUARDIAN AD LITEM, ASHLEY CHADWICK, DATED JULY 31, 2023 [DOCKET 95]**<br><br>COURTROOM: 8B (Los Angeles)<br>BUILDING: United States Courthouse<br>　　　　350 West 1st Street<br>JUDGE:<br>Hon. Maame Ewusi-Mensah Frimpong |

　　The Request To Modify Order Granting Plaintiff's Ex Parte Application For Compromise Of The Claims Of C.H. And H.R. By And Through Their Guardian Ad Litem, Ashley Chadwick, Dated July 31, 2023 [ECF 95], is hereby **GRANTED**.

On July 25, 2023, Plaintiffs C.H. and H.R., By and Through Their Guardian Ad Litem, Ashley Chadwick, filed an Ex Parte Application for An Order Approving their Minor's Compromise. (ECF 91). Plaintiffs thereafter filed additional briefing (ECF 93). At the time the Application was filed, Plaintiff, C.H. (DOB: December 18, 2005) was 17 years old.

The Court's Order (ECF 95) provided that a portion of the settlement funds be deposited into a Blocked Account for the benefit of Plaintiff, C.H. However, the Court Order was silent as to when these funds would become available to C.H. and when these funds could be withdrawn.

On December 18, 2023, C.H. reached the age of majority when he turned 18 years of age.

Now, therefore, the funds maintained in the Blocked Account at Wells Fargo for the benefit of C.H. may be withdrawn and released to C.H.

Dated: April 28, 2025

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge